COPY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 7 2000

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>JONATHAN PUAHI, | ) CR. NO. CR00-00466    DAE<br>)<br>) INDICTMENT<br>)<br>) 21 U.S.C. §§ 841(a)(1) and<br>) 841(b)(1)(A)<br>)<br>)<br>) |

INDICTMENT

        The Grand Jury charges that:

        On or about November 20, 2000, within the District of

Hawaii, JONATHAN PUAHI, did knowingly and intentionally possess

with intent to distribute, fifty (50) grams or more of

methamphetamine, a Schedule II controlled substance.

/ / /

/ / /

/ / /

/ / /

/ / /

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: _____12/7_____, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Jonathan Puahi
"Indictment"

2